UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x  NOT FOR PUBLICATION

ROBERT WILLIAMS,

                            Plaintiff,                    ORDER AND
                                                        CIVIL JUDGMENT
    -against-                                          10-CV-0783 (CBA)

City University of New York, Brooklyn College,

                            Defendant.
---------------------------------------------------------------x
AMON, United States District Judge:

On February 18, 2010, plaintiff Robert Williams commenced this *pro se* action against defendant alleging discrimination in violation of Title VI of the Civil Rights Act of 1964. Plaintiff alleged that defendant confiscated his invalid identification card and that such confiscation was based on his race. By Memorandum and Order dated March 30, 2010, the Court granted plaintiff's request to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, dismissed plaintiff's claims pursuant to 28 U.S.C. § 1915(e)(2)(B) finding that plaintiff's allegations did not entitle him to relief under Title VI, and afforded plaintiff 30 days to file an Amended Complaint. On April 21, 2010, plaintiff filed an Amended Complaint. However, the Amended Complaint fails to set forth facts to establish a discrimination claim under Title VI. Instead, the Amended Complaint makes the same allegations that the Court found deficient in the original Complaint. Accordingly, this civil action is:

**ORDERED, ADJUDGED AND DECREED:** That this action is dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) as set forth in the Court's Memorandum and Order dated March 30, 2010. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: Brooklyn, New York
April 29, 2010

/Signed by Judge Amon/
Carol Bagley Amon
United States District Judge

Judgment entered

/Signed by Robert C. Heinemann, Clerk of Court/

Clerk of Court

April 29, 2010